FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 16, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT LOHUIS, individually and on behalf of all similarly situated individuals pursuant to 29 U.S.C. § 216(b), and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br>WASHINGTON POTATO COMPANY,<br>Defendant. | No. 4:26-CV-05085-SAB<br><br>**ORDER DENYING MOTION TO CERTIFY** |

Before the Court is Plaintiff's Motion to Certify (Conditional Certification) of a Collective Action and Court Authorized Notice, ECF No. 10. Plaintiff is represented by Jamie K. Serb and Matthew E. Crawford. Defendant is represented by Bradley J. Krupicka and Melissa LeBlanc-Mansell. The Motion was heard without oral argument.

According to Local Civil Rule 7(b)(4), the moving party "shall serve the motion and a proposed order on each party that has appeared in the action, shall file the motion and proposed order with the clerk, and shall submit an editable version of the proposed order" to chambers via email. LCivR 7(b)(4). "The failure to comply with the requirements of LCivR 7(b) or (c) may be deemed consent to the entry of an order adverse to the party who violates these rules." LCivR 7(e).

Here, Plaintiff has not provided a proposed order with their Motion as required by the Local Rules. The Court deems Plaintiff to have consented to entry of an Order adverse to his Motion. Therefore, the Motion is **denied**.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Certify (Conditional Certification) of a Collective Action and Court Authorized Notice, ECF No. 10, is **DENIED**.

**IT IS SO ORDERED**. The Clerk of Court is hereby directed to file this Order and provide copies to counsel.

**DATED** this 16th day of October 2026.

Stan Bastian
Chief United States District Judge